UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

STATE OF WASHINGTON,

    Plaintiff,

v.

U.S. DEPARTMENT OF HOMELAND SECURITY, et al.,

    Defendants.

C19-2043 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Defendants' unopposed motion for extension, docket no. 49, is GRANTED as follows. Plaintiff's motion for preliminary injunction, docket no. 6, is RENOTED to Friday, January 31, 2020. Defendants' response to plaintiff's motion shall be filed on or before Thursday, January 23, 2020. Any reply shall be filed by the new noting date.

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 23rd day of December, 2019.

William M. McCool
Clerk

s/Karen Dews
Deputy Clerk

MINUTE ORDER - 1