# Exhibit A

U.S. Department of Homeland Security    Subject ID: ▮▮▮    **Record of Deportable/Inadmissible Alien**

| Family Name (CAPS) | First | Middle | Sex | Hair | Eyes | Cmplxn |
|---|---|---|---|---|---|---|
| ▮▮▮ | | | M | BLK | BRO | MED |

| Country of Citizenship | Passport Number and Country of Issue | File Number | Height | Weight | Occupation |
|---|---|---|---|---|---|
| MEXICO | | CASE No: ▮▮▮ | 64 | 210 | LABORER |

| U.S. Address | Scars and Marks |
|---|---|
| ▮▮▮ WASHINGTON, 99357 | NONE VISIBLE |

| Date, Place, Time, and Manner of Last Entry | Passenger Boarded at | F.B.I. Number | ☒ Single ☐ Divorced ☐ Married ☐ Widower ☐ Separated |
|---|---|---|---|
| Unknown Date, Unknown Time, 0 mile(s) of NOG, PWA(AFOOT) | | ▮▮▮ | |

| Number, Street, City, Province (State) and Country of Permanent Residence | Method of Location/Apprehension |
|---|---|
| ▮▮▮ GUERRERO, MEXICO | O |

| Date of Birth | Date of Action | Location Code | At/Near | Date/Hour |
|---|---|---|---|---|
| ▮▮ 1968  Age: 50 | 01/08/2019 | SPW/SPK | MOSES LAKE, WA | 01/08/2019 1045 |

| City, Province (State) and Country of Birth | AR ☒ | Form: (Type and No.) Lifted ☐ Not Lifted ☐ | By |
|---|---|---|---|
| GUERRERO, GUERRERO, MEXICO | | | ▮▮▮ |

| NIV Issuing Post and NIV Number | Social Security Account Name | Status at Entry | Status When Found |
|---|---|---|---|
| | | PWA Mexico | IN TRAVEL |

| Date Visa Issued | Social Security Number | Length of Time Illegally in U.S. |
|---|---|---|
| | | OVER 1 YEAR |

| Immigration Record | Criminal Record |
|---|---|
| NEGATIVE | None Known |

| Name, Address, and Nationality of Spouse (Maiden Name, if Appropriate) | Number and Nationality of Minor Children |
|---|---|
| | ONE MINOR USC |

| Father's Name, Nationality, and Address, if Known | Mother's Present and Maiden Names, Nationality, and Address, if Known |
|---|---|
| See Narrative | See Narrative |

| Monies Due/Property in U.S. Not in Immediate Possession | Fingerprinted? ☒ Yes ☐ No | Systems Checks See Narrative | Charge Code Words(s) |
|---|---|---|---|
| None Claimed | | | I6A |

| Name and Address of (Last)(Current) U.S. Employer | Type of Employment | Salary Hr | Employed from/to |
|---|---|---|---|
| | | | |

Narrative (Outline particulars under which alien was located/apprehended. Include details not shown above regarding time, place and manner of last entry, attempted entry, or any other entry, and elements which establish administrative and/or criminal violation. Indicate means and route of travel to interior.)

FINS #: ▮▮▮

[Left Index Print]    [Right Index Print]

ARREST COORDINATES:
--------------------
Latitude:  47.1301
Longitude: -119.2781

CONSEQUENCE DELIVERY SYSTEM:
----------------------------
Classification: SOTA

| | |
|---|---|
| | ▮▮▮ |
| | Border Patrol Agent |
| Alien has been advised of communication privileges _____ (Date/Initials) | (Signature and Title of Immigration Officer) |

| Distribution: | Received: (Subject and Documents) (Report of Interview) |
|---|---|
| | Officer: ▮▮▮ |
| TO FILE | on: January 08, 2019 at 1622 _____ (time) |
| | Disposition: Warrant of Arrest/Notice to Appear |
| | Examining Officer: ▮▮▮ |

Form I-213 (Rev. 08/01/07) Y

| U.S. Department of Homeland Security | Continuation Page for Form | I213 |

| Alien's Name | File Number | Date |
|---|---|---|
| ▮ | ▮ | 01/08/2019 |
| | Event No: ▮ | |

```
ARRESTING AGENT:
----------------
▮

FATHER NAME AND ADDRESS:
------------------------
Nationality ▮
▮

MOTHER NAME AND ADDRESS:
------------------------
Nationality: ▮
▮

FUNDS IN POSSESSION:
--------------------
United States Dollar 15.00

RECORDS CHECKED:
----------------
CIS Negative
CLAIM Negative
ABIS Negative
EARM Negative
IAFIS Negative
NCIC Negative
TECS Negative

NARRATIVE:
----------
SYNOPSIS:
NAME: ▮
DOB:
A# ▮
COB/COC:  Mexico

DATE/PLACE OF ENCOUNTER:  01/08/2019, Moses Lake, WA.

SIGNIFICANT INFORMATION:
On January 08, 2019, ▮ was arrested in Moses Lake, WA after being
```

| Signature | Title |
|---|---|
| ▮ | Border Patrol Agent |

_2_ of _4_ Pages

| U.S. Department of Homeland Security | Continuation Page for Form | I213 |
|---|---|---|

| Alien's Name | File Number | Date |
|---|---|---|
| [redacted] | [redacted] | 01/08/2019 |
|  | Event No: [redacted] |  |

encountered at the Moses Lake Municipal Court where [redacted] was interviewed and determined to be an illegal alien present in the United States.

**************************IMMIGRATION HISTORY**********************

[redacted] has been previously removed from the United States.
Granted Voluntary Return on 07/10/2006

************************* CRIMINAL HISTORY *************************

1- ARRESTED OR RECEIVED 2007/12/29
AGENCY- SHERIFF'S OFFICE EPHRATA WA.
CHARGE- DRIVING UNDER THE INFLUENCE
GUILTY SENTENCE- JAIL 364 D, JAIL SUSPENDED- 363 D, FINE- 5,297.50,
FINE SUSPENDED -4650.00

RECORD UPDATED 2014/02/18

ENCOUNTER/ARREST:
During the commission of their duties, agents from the United States Border Patrol, Spokane Border Patrol Station learned that [redacted] would be appearing before the Moses Lake Municipal Court in criminal proceedings. Records showed [redacted] to be an alien present in the United States in violation of immigration laws.

[redacted] was encountered by Border Patrol Agent [redacted], who upon the encounter identified himself as a United States Border Patrol Agent. He interviewed [redacted] and during this conversation, [redacted] admitted to having unlawfully entered the United States. Agent [redacted] asked [redacted] if [redacted] had immigration documents that allow [redacted] to visit, work or reside in the United States, [redacted] indicated [redacted] did not have any immigration documents at all. Agent [redacted] arrested [redacted] for being in the United States illegally and transported [redacted] to the Spokane, WA Border Patrol Station for processing.

IDENTIFICATION:
[redacted]'s biographical information, fingerprints, and photo were submitted into the E3/IDENT/IAFIS databases. Fingerprint analysis revealed prior immigration history. Additional records checks conducted by Spokane Sector Radio Communications [redacted] verified the IAFIS checks.

PETITIONS:
[redacted]'s information was entered into the Central Index System (C.I.S.) and the Computer Linked Application Information Management (C.L.A.I.M.) databases in regards to any application that may be pending on [redacted] behalf. The results of those queries were negative.

CONSULATE/[redacted]/DERIVATION DETERMINATION/I862 SERVICE/HEALTH/FREE LEGAL SERVICES/STATUS:
[redacted] stated that [redacted] understood [redacted] right to contact the Mexican Consulate and accepted to contact them. An attempt was made to contact the Mexican consulate in Seattle, WA but the officials did not answer. [redacted] left a voice mail.

| Signature | Title |
|---|---|
| [redacted] | Border Patrol Agent |

3 of 4 Pages

Form I-831 Continuation Page (Rev. 08/01/07)

| U.S. Department of Homeland Security | Continuation Page for Form | I213 |
|---|---|---|
| Alien's Name ▮ | File Number ▮<br>Event No: ▮ | Date<br>01/08/2019 |

▮ ▮ , ▮ ▮.

▮ stated that both of ▮ parents and ▮ are citizens and nationals of Mexico and do not hold citizenship in any other country.

▮ claims to have one minor United States Citizen, but resides with the mother who is the legal guardian. ▮ claims ▮ has never lived with ▮ daughter. ▮ also indicated ▮ never married ▮ daughter's Mom.

▮ stated that ▮ works at a Ranch "Washington Fruit" in the field trimming and maintaining apple trees. ▮ was asked if ▮ has an employment authorization permit, ▮ stated "I did not know I needed one".

▮ claims and appears to be in good health.

▮ is being presented for Removal Proceedings, WA/NTA.

▮ was provided a list of free legal services.

| Signature ▮ | Title<br>Border Patrol Agent |
|---|---|

4 of 4 Pages

Form I-831 Continuation Page (Rev. 08/01/07)

Exhibit A
4