# Exhibit B

| U.S. Department of Homeland Security | Subject ID : ▮▮▮ | Record of Deportable/Inadmissible Alien |

| Family Name (CAPS) | First | Middle | Sex | Hair BLK | Eyes BRO | Cmplxn LBR |

| Country of Citizenship: MEXICO | Passport Number and Country of Issue | File Number SEA ▮▮▮ | Height 66 | Weight 170 | Occupation Food Service |

U.S. Address: ▮▮▮ Tacoma, 98168

Date, Place, Time, and Manner of Last Entry: Unknown Date, UNK, WI - Without Inspection

Passenger Boarded at:

F.B.I. Number: ▮▮▮

☐ Single  ☐ Divorced  ☒ Married  ☐ Widower  ☐ Separated

Number, Street, City, Province (State) and Country of Permanent Residence:

Method of Location/Apprehension: CLC NA

Date of Birth: ▮▮/1983   Age: 36

Date of Action: 11/07/2019

Location Code: SEA/SEA

At/Near: See I-831

Date/Hour: 11/06/2019 17:30

City, Province (State) and Country of Birth: MEXICO

AR ☒   Form: (Type and No.) Lifted ☐ Not Lifted ☐

By: See Narrative

NIV Issuing Post and NIV Number:

Social Security Account Name:

Status at Entry:

Status When Found:

Date Visa Issued:

Social Security Number:

Length of Time Illegally in U.S.:

Immigration Record: POSITIVE - See Narrative

Criminal Record: See Narrative

Name, Address, and Nationality of Spouse (Maiden Name, if Appropriate): NATIONALITY: UNITED STATES

Number and Nationality of Minor Children: None

Father's Name, Nationality, and Address, if Known: NATIONALITY: MEXICO

Mother's Present and Maiden Names, Nationality, and Address, if Known: NATIONALITY: MEXICO

Monies Due/Property in U.S. Not in Immediate Possession: None Claimed

Fingerprinted? ☒ Yes ☐ No   Systems Checks

Charge Code Words(s): See Narrative

Name and Address of (Last)(Current) U.S. Employer: Self Employed

Type of Employment: See Narrative

Salary: Hr

Employed from/to:

Narrative (Outline particulars under which alien was located/apprehended. Include details not shown above regarding time, place and manner of last entry, attempted entry, or any other entry, and elements which establish administrative and/or criminal violation. Indicate means and route of travel to interior.)

FIN: ▮▮▮

Left Index fingerprint    Right Index fingerprint

Subject Health Status
------------------
The subject claims good health.

Current Administrative Charges
------------------------------
11/07/2019 - 212a6Ai - ALIEN PRESENT WITHOUT ADMISSION OR PAROLE - (PWAs)

...(CONTINUED ON I-831)

Alien has been advised of communication privileges   11/7/7 ▮▮▮   (Signature and Title of Immigration Officer)

Distribution: ▮▮▮

Received: (Subject and Documents) (Report of Interview)
Officer: ▮▮▮
on: November 7, 2019 (time)
Disposition: Warrant of Arrest/Notice to Appear
Examining Officer: ▮▮▮

Form I-213 (Rev. 08/01/07)

| U.S. Department of Homeland Security | Continuation Page for Form I-213 |
|---|---|

| Alien's Name | File Number / Event No: SEA | Date 11/07/2019 |
|---|---|---|

**Previous Criminal History**
-----------------------------------
No Crimes selected for inclusion on the I-213.

**TYPE OF EMPLOYMENT**
-----------------------------------
Operators, Fabricators, and Laborers

**ARRESTING AGENTS**
-----------------------------------

**At/Near**
-----------------------------------
Port Orchard, WA

**Record of Deportable/Excludable Alien:**
On 11/05/2019 ████████ was encountered after being booked int the Kitsap County Jail for DWLS and Contempt of court. Subject was previously granted VR and a detainer was placed. Subject was released from Kitsap County Jail on 11/06/2019. DO ████ picked up the subject from Kitsap and Transported him to NWIPC without incident. Subject was processed on 11/7/2019 as NTA.

**USC/Military/Gang Inquiry**
Subject was asked if ██ had any reason to believe that he is a citizen of the United States. Subject stated, "No." SDDO initials ████

Subject was asked if ██ had any reason to believe that one or both of ██ parents are U.S. citizens. Subject stated, "No." SDDO initials ████

Subject was asked if ██ has ever served in the U.S. Military. Subject stated, "No." SDDO initials ████

Subject was asked if ██ had Employment Authorization Card. Subject stated. "No." SDDO initials ████

Subject was asked if ██ had Deferred Action for Childhood Arrivals (DACA). Subject stated. "No." SDDO initials ████

Prosecutorial Discretion for Individuals Who Came to the United States as Children
Subject does not qualify due to criminal history.   SDDO initials ████

Subject was asked if ██ is or has been involved with any gang activity. Subject stated, "No." SDDO initials ████

████████████████████████████████████████████████

Subject admits to being a citizen and national of Mexico with no documentation through CIS with which to be or remain legally in the United States. Subject further admits to have last entered the United States on or about an unknown date and at an unknown location without being inspected and admitted or paroled by an Immigration Officer in violation of

| Signature | Title |
|---|---|
|  | DO |

2 of 3 Pages

Form I-831 Continuation Page (Rev. 08/01/07)

**EXHIBIT B - PAGE 002**

U.S. Department of Homeland Security        Continuation Page for Form I-213

| Alien's Name | File Number | Date |
|---|---|---|
|  |  | 11/07/2019 |
|  | Event No: SEA |  |

Section 212(a)(6)(A)(i) of the INA.

BIOGRAPHICAL information: Subject states ▓ is married and has 3 USC children. Subject states ▓ wife and 1 of his children are disabled. Subject stated that ▓ parents are citizens and nationals of Mexico. Subject stated ▓ parents reside in Mexico.

Subject was entered into the Enforce / Ident System, which revealed previous immigration encounters.

1/15/2004-Subject granted VR near Calexico. CA
1/15/2004-Subject granted VR near Calexico. CA

CRIMINAL CONVICTIONS:
02/16/2008-Convicted of  Reckless driving at Los Angeles, CA Sentence: 10 days
08/28/2007 Convicted of DWLS at Pasadena, CA. Sentence: Probation

HEALTH and Humanitarian:
Subject claims no medical problems or injuries.  No physical defects noted.  Subject stated ▓ is not currently taking any medications.
Subject claims no immigration applications pending with Citizenship and Immigration Services
Subject was provided a list of free legal service providers and explained his consular notification rights as prescribed by 8 CFR 236.1. Subject served form I-862 and processed as a NTA this date.

Other Identifying Numbers
----------------------------------------
ALIEN-▓
State Criminal Number/State Bureau Number-CA▓
State Criminal Number/State Bureau Number-WA▓
Other Biometric-▓

| Signature | Title |
|---|---|
|  | DO |

3 of 3 Pages

Form I-831 Continuation Page (Rev. 08/01/07)