UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

STATE OF WASHINGTON,

        Plaintiff,

  v.

U.S. DEPARTMENT OF HOMELAND SECURITY, et al.,

        Defendants.

C19-2043 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) The motion for leave to file an amicus curiae brief, docket no. 56, brought by various immigration law scholars, is GRANTED, and their amicus curiae brief, docket no. 56-1, will be considered part of the record.

(2) The motion for leave to file an amicus curiae brief, docket no. 61, brought by the State of New York, and joined by the States of Connecticut, Illinois, Maryland, Massachusetts, Minnesota, New Jersey, New Mexico, Oregon, Pennsylvania, Rhode Island, Vermont, Virginia, and the District of Columbia, is GRANTED, and their amicus curiae brief, docket no. 61-1, will be considered part of the record.

(3) The motion for leave to file an amicus curiae brief, docket no. 63, brought by various immigrant rights organizations in Oregon, is GRANTED, and their amicus curiae brief, docket no. 63-1, will be considered part of the record.

(4) The motion for leave to file an amicus curiae brief, docket no. 81, brought by various Washington organizations is GRANTED, and their amicus curiae brief, docket no. 81-1, will be considered part of the record.

MINUTE ORDER - 1

(5) The motion for leave to file an amicus curiae brief, docket no. 93, brought by various former judges is GRANTED, and their amicus curiae brief, docket no. 93-1, will be considered part of the record.

(6) Defendants may file, on or before February 28, 2020, a consolidated response, not to exceed thirty (30) pages in length, to the amicus curiae briefs allowed in Paragraphs 1-5. No reply shall be filed.

(7) The motion for leave to file an amicus curiae brief, docket no. 84, brought by Professor Nikolas Bowie is DEFERRED pending review of the reply that is due on the noting date of February 7, 2020.

(8) Other than the reply mentioned in Paragraph 7, no further briefs or materials from existing or prospective amicus curiae shall be filed unless requested by the Court.

(9) Oral argument on plaintiff's motion for preliminary injunction, docket no. 6, is SCHEDULED for 9:30 a.m. on Tuesday, March 17, 2020. Each side will be allotted 60 minutes for argument.

(10) No amicus curiae will be permitted to present oral argument.

(11) Plaintiff's motion for preliminary injunction, docket no. 6, is RENOTED to March 17, 2020.

(12) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 5th day of February, 2020.

William M. McCool
Clerk

s/Karen Dews
Deputy Clerk

MINUTE ORDER - 2