# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| STATE OF WASHINGTON,<br><br>        Plaintiff,<br><br>   v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY, et al.,<br><br>        Defendants. | C19-2043 TSZ<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Professor Nikolas Bowie's motion for leave to file an amicus curiae brief, docket no. 84, is GRANTED, and Professor Bowie's amicus curiae brief, docket no. 94, will be considered part of the record.

(2) Defendants may file, on or before February 28, 2020, a response to Professor Bowie's amicus curiae brief, which shall not exceed twenty (20) pages in length. No reply shall be filed.

(3) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 7th day of February, 2020.

                                              William M. McCool
                                              Clerk

                                              s/Karen Dews
                                              Deputy Clerk