UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

STATE OF WASHINGTON,

           Plaintiff,

v.

U.S. DEPARTMENT OF HOMELAND SECURITY, et al.,

           Defendants.

C19-2043 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Defendants' unopposed motion to seal, docket no. 117, is GRANTED as follows. The unredacted version of the declaration of Thomas D. Watts, docket no. 96, shall remain under seal. An incompletely redacted version of Exhibit A to the declaration of Nathalie Asher, docket no. 97-1, shall remain under seal, and another incompletely redacted version of Exhibit A to the declaration of Nathalie Asher, docket no. 103-1, shall be immediately sealed by the Clerk. Defendants are DIRECTED to file a fully redacted version of Exhibit A to the declaration of Nathalie Asher within seven (7) days of the date of this Minute Order.

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 20th day of February, 2020.

           William M. McCool
           Clerk

           s/Karen Dews
           Deputy Clerk

MINUTE ORDER - 1