# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

STATE OF WASHINGTON,

    Plaintiff,

v.

U.S. DEPARTMENT OF HOMELAND SECURITY, et al.,

    Defendants.

C19-2043 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) In light of General Order No. 01-20, issued on March 6, 2020, the oral argument scheduled for March 17, 2020, at 9:30 a.m., is CANCELLED.

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 6th day of March, 2020.

          William M. McCool
          Clerk

          s/Karen Dews
          Deputy Clerk

MINUTE ORDER - 1