UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| STATE OF WASHINGTON,<br><br>    Plaintiff,<br><br> v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY, et al.,<br><br>    Defendants. | C19-2043 TSZ<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) The unopposed motion, docket no. 131, brought by counsel for amicus curiae State of New York, is GRANTED, and Jason Sykes, Rachel Horvitz, and the firm of Newman Du Wors LLP are granted leave to withdraw as counsel of record for State of New York, effective immediately.  State of New York need not arrange for substitute counsel to appear unless it wishes to submit additional briefing or the Court directs otherwise by separate order.

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 12th day of May, 2020.

                William M. McCool
                Clerk

                s/Karen Dews
                Deputy Clerk

MINUTE ORDER - 1