UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| STATE OF WASHINGTON,<br><br>              Plaintiff,<br><br>   v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY, et al.,<br><br>              Defendants. | C19-2043 TSZ<br><br>MINUTE ORDER |

    The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

    (1)    Plaintiff's motion for a preliminary injunction, docket no. 6, is STRICKEN without prejudice to refiling when Washington courts resume non-emergency in-person operations. *See* Washington Supreme Court's Amended Third Revised and Extended Order Regarding Court Operations, No. 25700-B-626 (May 29, 2020) (available at www.courts.wa.gov).

    (2)    The parties are DIRECTED to meet and confer and to file, on or before June 23, 2020, a Joint Status Report concerning the status of discovery and what, if any, dates and deadlines the Court should set in this matter.

    (3)    The Clerk is directed to send a copy of this Minute Order to all counsel of record.

    Dated this 2nd day of June, 2020.

                                                              William M. McCool
                                                              Clerk

                                                              s/Karen Dews
                                                              Deputy Clerk

MINUTE ORDER - 1