UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

STATE OF WASHINGTON,

              Plaintiff,

   v.

U.S. DEPARTMENT OF HOMELAND SECURITY, et al.,

              Defendants.

C19-2043 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1)    Defendants' motion to stay, docket no. 142, is GRANTED as follows. The trial date and all related dates and deadlines are STRICKEN. Discovery is stayed until further order of the Court. If any defendant or its employee or agent conducts a civil immigration arrest at or near a Washington state, county, or local courthouse, it shall notify plaintiff's counsel via email or otherwise within seventy-two (72) hours after such arrest. Within 120 days of the date of this Minute Order, counsel shall meet and confer and file a Joint Status Report indicating whether a new scheduling order should be issued and, if so, when the parties anticipate being prepared for trial or, if not, whether this matter may be dismissed either with or without prejudice.

(2)    The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 18th day of February, 2021.

                                  William M. McCool
                                  Clerk

                                  s/Gail Glass
                                  Deputy Clerk

MINUTE ORDER - 1