The Honorable Thomas S. Zilly

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| STATE OF WASHINGTON, | NO. 2:19-cv-02043-TSZ |
| Plaintiff, | JOINT STIPULATION TO DISMISS WITHOUT PREJUDICE |
| v. | |
| U.S. DEPARTMENT OF HOMELAND SECURITY et al., | |
| Defendants. | |

This action was filed on December 17, 2019. ECF No. 1. Plaintiff State of Washington challenged immigration enforcement actions taken at state, county, and local courthouses in Washington State by officials with the U.S. Department of Homeland Security. *Id.*

Several developments have occurred since this action was filed. The onset of the COVID-19 pandemic resulted in a lengthy closure of Washington courthouses except for emergency purposes. *See* ECF No. 135 (citing Washington Supreme Court's order regarding court operations during COVID-19). Then, following a change in Presidential Administrations, Defendants sought and obtained a stay of this case to permit the current Administration "to evaluate whether any new immigration enforcement priorities may be issued that may impact this case." ECF No. 142. The Court entered a stay on February 19, 2021, subject to the

JOINT STIPULATION TO DISMISS
WITHOUT PREJUDICE
NO. 2:19-cv-02043-TSZ

1

ATTORNEY GENERAL OF WASHINGTON
Civil Rights Division
800 Fifth Avenue, Suite 2000
Seattle, WA  98104
(206) 464-7744

condition that "[i]f any defendant or its employee or agent conducts a civil immigration arrest at or near a Washington state, county, or local courthouse, it shall notify plaintiff's counsel via email or otherwise within seventy-two (72) hours after each such arrest." ECF No. 147. The stay has now been in place for more than two years. During that time, counsel for Defendants has not been informed of any courthouse arrests at a Washington state, county, or local courthouse and has made no reports to Plaintiff's counsel as required by this Court's order.

In light of these developments, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and 41(a)(1)(B), the parties jointly stipulate and respectfully notify the Court that this action shall be dismissed without prejudice. Each party shall bear its own costs associated with this litigation.

DATED this 2nd day of March 2023.

Respectfully Submitted,

ROBERT W. FERGUSON
Attorney General

*s/ Colleen Melody*
COLLEEN MELODY, WSBA #42275
Civil Rights Division Chief
MARSHA CHIEN, WSBA #47020
MITCHELL A. RIESE, WSBA #11947
Assistant Attorneys General
Wing Luke Civil Rights Division
Office of the Attorney General
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
Phone: (206) 464-7744
Colleen.Melody@atg.wa.gov
Marsha.Chien@atg.wa.gov
Mitchell.Riese@atg.wa.gov

*Attorneys for Plaintiff*

NICHOLAS W. BROWN
United States Attorney

*s/ Kristin B. Johnson*
KRISTIN B. JOHNSON WSBA #28189
Assistant United States Attorney
700 Stewart Street, Suite 5220
Seattle, WA 98101-1271
Telephone No. (206) 553-7970
Fax No. (206) 553-4073
kristin.b.johnson@usdoj.gov

*Attorney for Defendants*

JOINT STIPULATION TO DISMISS
WITHOUT PREJUDICE
NO. 2:19-cv-02043-TSZ

2

ATTORNEY GENERAL OF WASHINGTON
Civil Rights Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104
(206) 464-7744

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing document was electronically filed with the United States District Court using the CM/ECF system. I further certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

DATED this 2nd day of March 2023.

*s/Anna Alfonso*
ANNA ALFONSO
Legal Assistant

JOINT STIPULATION TO DISMISS
WITHOUT PREJUDICE
NO. 2:19-cv-02043-TSZ

3

ATTORNEY GENERAL OF WASHINGTON
Civil Rights Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104
(206) 464-7744